**Order entered November 30, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00522-CV

**RHINO LININGS CORPORATION, Appellant**

**V.**

**2 X 2 PARTNERSHIP, LTD., Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-13009**

## ORDER

Before the Court is appellant's November 28, 2022 unopposed second motion for an extension of time to file its opening brief. We **GRANT** the motion and extend the time to **January 3, 2023**.[1] We caution appellant that further extension requests will be disfavored.

/s/    KEN MOLBERG
        JUSTICE

---

[1] Appellant requests an extension to January 2, 2023. The Court is closed on January 2nd in observance of New Year's Day.